UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH LAUDATI,

                    Plaintiff,                      **ORDER**

    -against-                                21 Civ. 272 (CS)(JCM)

MANHATTANVILLE COLLEGE,

                    Defendant.
-------------------------------------------------------X

       On December 21, 2022, Plaintiff filed a motion for a protective order with the Court. (Docket No. 70). In order to properly consider whether the documents in question should be deemed confidential, the Court directs Plaintiff to file, under seal, the privilege log and all documents for which he is seeking a protective order, for the Court's review, by no later than January 6, 2023. Plaintiff is further directed to provide courtesy copies to the Court on the same day the documents are filed.

Dated:  December 30, 2022
          White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge

1